IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06-CV-127

| | |
|---|---|
| JONATHAN PATRICK FOXX; and <br> FOXX TRUCKING, INC., <br>     Plaintiffs <br><br> Vs. <br><br> FJK ENTERPRISES, LT., CO., d/b/a <br> EXPRESS CARRIERS, <br><br>     Defendant. | ORDER |

**THIS CAUSE** coming on to be heard and being heard before the undersigned, pursuant to a Show Cause Order (#16) entered in the above entitled matter by the court on April 2, 2007 and it appearing to the court after hearing, that this matter has been resolved to the satisfaction of the court.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Show Cause Order (#16) is hereby **DISMISSED**.

Signed: April 18, 2007

_____
Dennis L. Howell
United States Magistrate Judge