IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:06CV127

| | |
|---|---|
| JONATHAN PATRICK FOXX, and ) <br> FOXX TRUCKING, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FJK ENTERPRISES LTD., CO., d/b/a ) <br> EXPRESS CARRIERS, ) <br> ) <br> Defendant. ) <br> ) | **J U D G M E N T** |

**THIS MATTER** came on for trial by a jury with the undersigned presiding, and the jury has rendered a verdict.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff recover nothing, the action is hereby **DISMISSED WITH PREJUDICE**, and the Defendant shall recover its costs of the action from the Plaintiff.

Signed: March 4, 2008

Lacy H. Thornburg
United States District Judge